

Monica Sturgill <msturgill.hayexp@gmail.com>

## Fwd: Kentucky Mining Site
5 messages

**Cody Sturgill** <sturgill12@gmail.com>  
To: Monica Sturgill <monicasturgill@gmail.com>  
Wed, Aug 3, 2022 at 7:27 PM

---------- Forwarded message ---------  
From: **Tom Mills** <tom.mills@horizonmining.us>  
Date: Wed, Aug 3, 2022 at 19:03  
Subject: Kentucky Mining Site  
To: sturgill12@gmail.com <sturgill12@gmail.com>

Cody,

My name is Tom Mills. You and I met and had lunch in Kentucky while Horizon's mining site was being developed around the Big Sandy Correction Substation (the "Premises").

The purpose of this correspondence is to address the significant issues and financial damages Horizon Mining ("Horizon") continues to incur as a result of work performed by Hensyn Resources, LLC ("Hensyn").

As outlined in Section 1.1 of the Services Agreement, the two essential contractual requirements and the two most important issues for Horizon when developing a mining site are: 1) an appropriate location with the necessary utilities, and 2) a consistent supply of electricity at a fair price. Per Section 1.1(a), Hensyn did find an appropriate location with the necessary utilities.

Unfortunately, Hensyn has not fulfilled its obligation to provide electricity at a price that is fair and appropriate for Horizon's mining operations. Section 1.1(b) of the agreement states (b) Hensyn will negotiate with electric power companies on Horizon's behalf to supply electricity to Horizon at a per KWH (Kilowatt Hour) price that is fair and appropriate for Horizon's operations.

Prior to signing an agreement with the electric company in Kentucky and going live at the site, Horizon was told that the price would be 4 cents. 4 cents is a fair and appropriate price for Horizon's mining operations. Based on this representation, Horizon signed an agreement with the power company and made substantial financial improvements to the Premises.

In January through April, the price has been, on average, double what was presented to Horizon prior to signing agreements and making improvements: in January the price was 8.3 cents; February 9.2 cents; March 9.7 cents; and April 8.6 cents. In just the first four months of 2022, Horizon's power expense has been at least $790,867 more than it had reasonably anticipated and planned for, based on the representations from Hensyn. Based on these numbers, Hensyn has not negotiated a price that is fair and appropriate for Horizon's operations.

Horizon believes Hensyn has not fulfilled its contractual obligations pursuant Section 1.1(b) of the Agreement. Hensyn did not negotiate a price that is fair and appropriate for Horizon's operations. Hensyn was aware of the expected target price range based on Hensyn's own representations, and now that target price has doubled on average.

It is Horizon's preference to resolve this issue and terminate the current agreement. Therefore, Horizon proposes: a) to pay Hensyn a lump sum of $20,000 (the approximate value of 15 miners); and b) Hensyn shall receive 0.1 cent for every Kilowatt Hour used at the Premises, to be measured based on t he electricity bill sent by the power provided to Horizon, for the calendar year 2022 only. The parties will also sign mutual releases.

Cody, we do appreciate your assistance in locating the Premises. We are also open to working with you in the future on other potential sites in Kentucky and other states. Unfortunately, Horizon feels like it is not receiving the benefit of its bargain for the current Agreement, and that Hensyn has not met its obligations with regard to the electricity pricing that is fair and appropriate for Horizon's operations.

Thank you. Please contact me directly to discuss at your earliest convenience.

Tom

310-347-7011


Sent from my iPhone

---

**Monica Sturgill** <msturgill.hayexp@gmail.com>  Wed, Aug 3, 2022 at 7:37 PM
To: tom.mills@horizonmining.us
Cc: Cody Sturgill <sturgill12@gmail.com>, Wesley Wang <wesley@horizonmining.us>, Philip Zhu <philip.zhu@horizonmining.us>

Mr. Mills,
This arrangement is not acceptable to us. Our attorney will be in contact with you.

Monica Sturgill
Operations Manager
Office: 606-324-7971
Cell: 606-585-8508





CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

[Quoted text hidden]

---

**Tom Mills** <tom.mills@horizonmining.us>  Wed, Aug 3, 2022 at 7:42 PM
To: Monica Sturgill <msturgill.hayexp@gmail.com>
Cc: Cody Sturgill <sturgill12@gmail.com>, Wesley Wang <wesley@horizonmining.us>, Philip Zhu <philip.zhu@horizonmining.us>

Thank you for your message.

Please send me your attorneys contact information. I'm happy to contact the attorney directly.

Thank you,

Tom

Sent from my iPhone

> On Aug 3, 2022, at 4:37 PM, Monica Sturgill <msturgill.hayexp@gmail.com> wrote:

[Quoted text hidden]

---

**Monica Sturgill** <msturgill.hayexp@gmail.com>  Wed, Aug 3, 2022 at 7:51 PM
To: Tom Mills <tom.mills@horizonmining.us>
Cc: Cody Sturgill <sturgill12@gmail.com>, Wesley Wang <wesley@horizonmining.us>, Philip Zhu <philip.zhu@horizonmining.us>

This is not the final offer Wesley brought to us, this is not the intention of our agreement, and this is not terms we are acceptable with. Again, our attorneys will contact you at their convenience.

Monica Sturgill
Operations Manager
Office: 606-324-7971
Cell: 606-585-8508



CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

[Quoted text hidden]

---

**Monica Sturgill** <msturgill.hayexp@gmail.com>  Wed, Aug 3, 2022 at 7:52 PM

To: Monte Hay <hayexploration@gmail.com>

Monica Sturgill
Operations Manager
Office: 606-324-7971
Cell: 606-585-8508



CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

[Quoted text hidden]