# WILHOIT LAW OFFICE

### ATTORNEYS AT LAW

WILLIAM H. WILHOIT
LAURA JANE PHELPS

**www.Wilhoitlaw.com**
103 SOUTH HORD ST, P.O. BOX 35
GRAYSON, KY. 41143

E. B. WILHOIT (1842-1919)
C. B. WILHOIT (1888-1958)
H. R. WILHOIT (1912-1967)

Paralegals:
Melissa R. Tussey
Mindy B. Snodgrass
Melinda S. Sexton

Telephone:      606-474-8833
Facsimile:       606-474-8834
Email: William@Wilhoitlaw.com

August 11, 2022

**Via Federal Express**

Mr. Wesley Wang
3009 Pasadena Fwy Ste 140
Pasadena, TX 77503

RE:     Hensyn Resources, LLC contract.

Dear Mr. Wang:

Please be advised that I represent Hensyn Resources, LLC. My client received correspondence from your representative, Tom Mills, regarding that contract between Hensyn and Horizon Mining, LLC. ("the contract") In that letter he claims Hensyn has not fulfilled its obligations under said contract due to the rising cost of electricity.

Horizon Mining executed the utility service agreement with Grayson Rural Electric Cooperative Corporation, and by doing so evidenced that it believed the terms were fair and appropriate. It is my understanding that the utility service agreement expressly states that utility rates fluctuate. Of course, fluctuating utility costs are a foreseeable risk of doing business everywhere in the United States. Indeed, everyone in our area is feeling the effects of inflation in their utility bills. Failing to anticipate the rising costs of utilities is not grounds for rescinding a contract since it is common knowledge that electrical costs fluctuate, and Horizon acknowledged this foreseeable risk when it entered into the utility service agreement with Grayson RECC. Therefore, Horizon has stated no actionable grounds for rescission or breach.

This letter is to put you on notice that Horizon Mining, LLC's is in material breach of the contract with Hensyn Resources, LLC. My client submitted invoices (#103 and #104) on or about July 6, 2022 for an amount totaling $61,765.93 that has not yet been paid. By virtue of your representatives' correspondence, it is apparent that Horizon does not intend on honoring its obligation to pay said debt. Furthermore, Horizon has failed to provide Hensyn its utility bills for June and July, so Hensyn is not able to calculate the total amount of compensation owed to date. Finally, Horizon is also obligated under the contract to provide Hensyn with 15 brand new Bitmain S19 miners, which it has not done.

Therefore, Horizon Mining, LLC has fifteen (15) days to cure this breach. If you fail to pay my client the compensation agreed upon within the contract, provide all utility bills so further invoices may be calculated, and provide assurances that Horizon Mining will honor the terms of compensation as stated in the contract going forward, my client has instructed me to file suit in the Boyd Circuit Court for damages and seek a declaration of rights under the contract. Bear in mind, that the contract entitles my client to recover a reasonable attorney's fee arising out of Horizon's breach of the contract.

If I do not hear from you or your attorneys by Monday, August 29, 2022, then we will presume that Horizon Mining does not intend on honoring its obligations, and I will proceed to initiate the necessary litigation to preserve my client's rights. Thank you.

Very truly yours,

William H. Wilhoit

WHW/mbs