# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT ASHLAND
## CIVIL ACTION NO. 22-cv-00085 DLB-EBA

| | |
|---|---|
| HENSYN RESOURCES, LLC | PLAINTIFF |
| Vs. | |
| HORIZON MINING, LLC | DEFENDANT |

## NOTICE OF FILING

THE PARTIES WILL PLEASE TAKE NOTICE THAT THE PLAINTIFF, by and through counsel, hereby files with the court a proposed Summons for the Defendant to be served by the Kentucky Secretary of State.

Respectfully submitted,
WILHOIT LAW OFFICE

*/s/ William H. Wilhoit*
WILLIAM H. WILHOIT
LAURA JANE PHELPS
P.O. Box 35
Grayson, Kentucky 41143
(606) 474-8833
*Attorney for Plaintiff*

1