UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY

FILED
NOVEMBER 6, 2009

**GENERAL ORDER NO. 09-14**

IN RE: Rule 7.1 Corporate Disclosure Statement

**STANDING ORDER**

\* \* \* \* \* \* \* \* \*

A non-governmental party to an action or proceeding in a district court with its first appearance, pleading, petition, motion, response or other request addressed to the court must file a corporate disclosure statement in compliance with Federal Rule of Civil Procedure 7.1.  Whereas, a review of the court's docket revealed instances of non-compliance with Federal Rule of Civil Procedure 7.1 and the Court being sufficiently advised;

**IT IS HEREBY ORDERED BY THE COURT:**

1) That the Clerk is **DIRECTED** to send a Notice of Deficiency allowing counsel fourteen (14) days to cure the deficiency when a Rule 7.1 disclosure statement is absent upon the filing of an initial pleading by a non-governmental corporate party.

2) That the Clerk is further **DIRECTED** to submit the case to the presiding judge for consideration of taking action to **STRIKE** the initial pleading from the record when the deficiency has not been cured at the expiration of fourteen (14) days.

3) This General Order supersedes General Order 06-6.

Signed on  November 6, 2009



JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY