**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND
CIVIL ACTION NO. 0:22-cv-00085-DLB-EBA**

| | |
|---|---|
| HENSYN RESOURCES, LLC, | PLAINTIFF, |
| Vs. | |
| HORIZON MINING, LLC, | DEFENDANT, |

**PLAINTIFF'S DISCLOSURE STATEMENT, PURSUANT TO FED. R. CIV. P. 7.1**

*COMES* NOW THE PLAINTIFF, HENSYN RESOURCES, LLC, by and through counsel, pursuant to Fed. R. Civ. P. 7.1 hereby certifies that Hensyn Resources, LLC is owned by no parent company, and that no publicly held corporation owns ten percent (10%) or more of its stock as of November 1, 2022.

Respectfully submitted,
WILHOIT LAW OFFICE

_/s/William H. Wilhoit_____
WILLIAM H. WILHOIT
LAURA JANE PHELPS
P.O. Box 35
Grayson, Kentucky 41143
(606) 474-8833
*Attorney for Hensyn Resources, LLC*

1