# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| HENSYN RESOURCES, LLC, | |
| Plaintiff, | |
| v. | Case No. 0:22-cv-00085-DLB-EBA |
| HORIZON MINING, LLC, | *Electronically Filed* |
| Defendant. | |

**AGREED ORDER**

The Plaintiff, Hensyn Resources, LLC ("Hensyn") and the Defendant, Horizon Mining, LLC ("Horizon"), having agreed to extend until February 16, 2023 the deadline for Horizon to respond to Plaintiff's Petition for Declaration of Rights and Complaint for Contractual Damages (the "Complaint"), and the Court being otherwise sufficiently advised, IT IS HEREBY AGREED, ORDERED, AND ADJUDGED that Horizon shall have until February 16, 2023 to file a responsive pleading to the Complaint.

DATED this ____ day of January, 2023.

HAVING SEEN AND AGREED:

| | |
|---|---|
| */s/ Daniel E. Danford* | */s/ William H. Wilhoit (with permission)* |
| Daniel E. Danford | William H. Wilhoit |
| **STITES & HARBISON PLLC** | **WILHOIT LAW OFFICE** |
| 250 West Main Street, Suite 2300 | P.O. Box. 35 |
| Lexington, Kentucky 40507-1758 | Grayson, KY 41143 |
| Telephone: (859) 226-2300 | Telephone: (606) 474-8833 |
| Email: ddanford@stites.com | william@wilhoitlaw.com |
| *Counsel for Defendant* | *Counsel for Plaintiff* |