UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:22-CV-00085-DLB-EBA

HENSYN RESOURCES, LLC,                                                    PLAINTIFF,

V.                                          **ORDER**

HORIZON MINING, LLC,                                                      DEFENDANT.

*** *** *** ***

This matter is before the Court on the parties Proposed Agreed Order for extension of time for Horizon Mining, LLC to answer or otherwise respond to the Plaintiff's Complaint. [R. 9]. In light of Plaintiff's agreement, and the Court being otherwise sufficiently advised,

IT IS ORDERED that the parties' Proposed Agreed Order for extension of time [R. 9] is GRANTED. Defendant Horizon Mining, LLC shall have to and including February 16, 2023 to file a pleading responsive to the Complaint.

Signed January 25, 2023.

