# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT ASHLAND

HENSYN RESOURCES, LLC,

    Plaintiff,

    v.

HORIZON MINING, LLC,

    Defendant.

Case No. 0:22-cv-00085-DLB-EBA

*Electronically Filed*

## ORDER GRANTING MOTION TO DISMISS

The Court having considered the motion of Defendant Horizon Mining, LLC ("Horizon") to dismiss Count I of Plaintiff's Complaint as duplicative of Plaintiff's Breach of Contract claim in Count II, having considered the briefing of the parties, and being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that Horizon's motion is GRANTED and Count I of Plaintiff's Complaint is dismissed pursuant to Fed. R. Civ. P. 12(b)(6).