IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| HENSYN RESOURCES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HORIZON MINING, LLC, <br><br> Defendant. | Case No. 0:22-cv-00085-DLB-EBA <br><br> *Electronically Filed* |

**HORIZON MINING, LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Horizon Mining, LLC ("Horizon") discloses that it has no parent corporation or publicly held corporation owning 10% or more of its stock. Horizon is a Limited Liability Company organized in Texas; its sole member is Christina Wang, a United States citizen domiciled in Texas. Fed. R. Civ. P 7.1(a)(2).

*/s/ Daniel E. Danford*
Daniel E. Danford
**STITES & HARBISON PLLC**
250 West Main Street, Suite 2300
Lexington, Kentucky 40507-1758
Telephone: (859) 226-2300
Fax: (859) 253-9144
Email: ddanford@stites.com

John L. Tate
Frederick R. Bentley
**STITES & HARBISON PLLC**
400 West Market Street, Suite 1800
Louisville, KY 40202
Telephone: (502) 587-3400
Email: jtate@stites.com
Email: rbentley@stites.com

*Counsel for Horizon Mining, LLC*

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Rule 7.1 Disclosure Statement was served on the following counsel of record via the Court's electronic filing system on this 16th day of February, 2023.

William H. Wilhoit
Laura Jane Phelps
WILHOIT LAW OFFICE
P.O. Box. 35
Grayson, KY 41143

*Counsel for Plaintiff*

                                                      */s/ Daniel E. Danford*
                                                      Daniel E. Danford