IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| HENSYN RESOURCES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HORIZON MINING, LLC, <br><br> Defendant. | Case No. 0:22-cv-00085-DLB-EBA <br><br> *Electronically Filed* |

**JOINT REPORT OF RULE 26(f) PLANNING MEETING**

Pursuant to the Court's October 16, 2023 Order, the parties conferred and prepared the following Joint Report of Rule 26(f) Planning Meeting. Plaintiff and Counterclaim-Defendant Hensyn Resources, LLC ("Hensyn"), and Counterclaim-Defendant Cody Sturgill were represented by William H. Wilhoit of Wilhoit Law Offices; and Defendant/Counterclaimant Horizon Mining, LLC ("Horizon") was represented by Daniel E. Danford and Frederick R. Bentley of Stites & Harbison, PLLC. The parties proposed the following deadlines:

**I.    The Proposed Discovery Plan.**

The parties propose this discovery plan:

**(a)    Rule 26(a)(1) Initial Disclosures:**

Pursuant to the Court's Order, the parties will exchange the disclosures required under FRCP 26(a)(1) by **December 15, 2023**.

**(b)    Discovery will be needed on these subjects:**

The parties submit that discovery will be required in the following broad areas:

- The nature and extent of communications between the parties' representatives and/or

third parties concerning the subject matter of the litigation.

- Discovery of documentation relevant to the subject matter of the litigation.
- The nature and extent of damages.
- Facts concerning alleged breaches of the Service Agreement, and any claimed defenses thereto.
- Facts concerning the nature, extent, and impact of alleged negligent misrepresentations.
- Basis of affirmative defenses.

**(c)  Discovery Phases:**

The parties agree that discovery should be conducted in phases, with fact discovery being completed before expert discovery.

**(d)  Discovery Deadlines:**

The parties propose the following deadlines for completion of fact discovery (excluding expert discovery) and completion of expert discovery:

- The Parties agree that discovery shall be commenced in time to be completed on or before **June 14, 2024.**
- Plaintiff/Counterclaim-Defendants shall disclose the identity of expert witnesses who may be used at trial and written reports by the expert witnesses as required by Rule 26(a)(2) by **July 19, 2024.**
- Defendant/Counterclaimant shall disclose the identity of expert witnesses who may be used at trial and written reports by the expert witnesses as required by Rule 26(a)(2) by **September 13, 2024.**
- All Expert Discovery shall be concluded on or before **November 15, 2024.**
- Supplementation of expert reports shall be governed by Rule 26(e).

**(e)    Amend Pleadings or Join Parties:**

The parties agreed that Plaintiff/Counterclaim-Defendants shall have until **February 16, 2024** and Defendant/Counterclaimant shall have until **March 15, 2024** to amend pleadings or to join parties.

**(f)    Issues with Electronic Discovery:**

The Parties anticipate there will be minimal electronic discovery but reserve the right to request the same, subject to any appropriate objections, as necessary to complete discovery.

**(g)    Agreed Protective Order:**

The parties agreed that it would be appropriate for an agreed protective order to be put into place in order to govern the confidential and proprietary information that the parties may produce in response to discovery requests. The parties plan to submit an agreed Stipulated Protective Order for the Court's consideration.

**(h)    Limitations on Discovery:**

The parties agreed to abide by the Federal Rules of Civil Procedure with regard to the number of interrogatories and requests for admission, unless the parties agree or the Court orders otherwise. The parties do not anticipate exceeding the limits on the number of depositions for each party under Fed. R. Civ. P. 30(a). However, the parties agree to limit each deposition to 7 hours of testimony. Furthermore, the parties agree that Plaintiff/Counterclaim-Defendants' experts will be deposed before Defendant/Counterclaimant's experts are deposed.

## II. Time Necessary to File Dispositive Motions and *Daubert* Motions.

The parties agreed that dispositive motions and *Daubert* motions shall be filed no later than **January 19, 2025**. The length and timing of Response and Reply memoranda should be governed by the applicable Federal Rules of Civil Procedure and the Joint Local Rules.

## III. Settlement or Mediation.

The parties agree that a settlement conference or mediation may enhance settlement prospects and should be scheduled at the outset of the litigation.

## IV. Probable Length of Trial.

The parties believe that, unless the claims in this lawsuit are materially reduced through pretrial motions, the trial in this matter can reasonably be expected to take one week. Barring dismissal on various grounds, the parties believe there may be issues to submit to a jury.

### (a) Trial Date.

The parties agree it is too early in the process to set a reasonable trial date for this matter. The parties request that the Court set a trial date, a final pretrial conference date, and deadlines for *In Limine* motions and other pre-trial compliance at a pretrial conference at the close of all discovery.

## V. Magistrate Judge.

The parties consent to the Magistrate Judge addressing discovery issues in this case, but do not consent to the jurisdiction of a Magistrate Judge for all further proceedings, including trial, pursuant to 28 U.S.C. § 636(c).

**This Joint Report is submitted to the Court by the parties in accordance with the provisions of Rule 26(f) of the Federal Rules of Civil Procedure.**

DATED: November 6, 2023.

/s/ *Daniel E. Danford*
Daniel E. Danford
STITES & HARBISON, PLLC
250 West Main Street, Suite 2300
Lexington, KY 40507-1758
Telephone: (859) 226-2300
Facsimile: (859) 425-7909
Email: ddanford@stites.com

John L. Tate
Frederick R. Bentley
**STITES & HARBISON PLLC**
400 West Market Street, Suite 1800
Louisville, KY 40202
Telephone: (502) 587-3400
Email: jtate@stites.com
Email: rbentley@stites.com

*Counsel for Horizon Mining, LLC*

/s/ *William H. Wilhoit (w/permission)*
William H. Wilhoit
WILHOIT LAW OFFICE
P.O. Box. 35
Grayson, KY 41143

*Counsel for Plaintiff Hensyn Resources, LLC and Counter Defendants Hensyn Resources, LLC and Cody Sturgill*