**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

HENSYN RESOURCES, LLC,

   *Plaintiff/Counter-Defendant*

V.

HORIZON MINING, LLC

   *Defendant/Counter-Claimant*

V.

CODY STURGILL,

   *Counter-Defendant*

Case no. 0:22-cv-00085-EBA

***Electronically Filed***

* * * * * * * * * *

**EXHIBIT A - DISCLOSURE AGREEMENT**

I, _____, declare under penalty of perjury under the laws of the State of [_____] that:

 1. My present address is _____

_____

 2. My present employer is _____

_____

and the address of my present employer is _____

_____

 3. My present occupation or job description is _____

_____

 4. I have received a copy of the Protective Order in this action signed by the Court and dated _____.

 5. I have carefully read and understand the provisions of the Protective Order.

1

6. I will comply with and be bound by all of the provisions of the Protective Order unless and until modified by Order of the Court.

7. I will hold in confidence and will not disclose to anyone not qualified under the Protective Order and will use only for purposes of this action any CONFIDENTIAL INFORMATION that is disclosed to me. I will take appropriate steps and assume full responsibility to assure that any other people, *e.g.*, clerical or secretarial personnel, working for me will abide by the Protective Order.

8. At the conclusion of this action, with the exception of the copy retained under Paragraph 13(c), I will return or destroy all CONFIDENTIAL INFORMATION that comes into my possession, and documents or things that I have prepared relating thereto, to counsel for the party by whom I am employed or retained when requested to do so by that counsel, and certify to that counsel in writing that all CONFIDENTIAL INFORMATION (including all copies, summaries, or notes reflecting or relying upon CONFIDENTIAL INFORMATION) have been returned to that counsel or destroyed.

9. I declare further that I understand that if I violate the provisions of the Protective Order, I may be subject to sanctions by the Court and that any party may assert other remedies against me. I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the Protective Order in this action.

Dated: _____

_____
[Signature]