UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:22-CV-00085-DLB-EBA

HENSYN RESOURCES, LLC,                                         PLAINTIFF,

V.                                 **ORDER**

HORIZON MINING, LLC,                                      DEFENDANT.

*** *** *** ***

This matter is before the Court on the parties' Agreed Protective Order, which requests that their proposed Protective Order be entered to preserve the confidentiality of proprietary documents without infringing on the prosecution of the parties' claims. [R. 23]. Accordingly,

IT IS ORDERED that the Court, being advised, ACCEPTS and GRANTS the terms or conditions the parties have outlined in the proposed Protective Order. [R. 23]. Therefore, it shall be incorporated by reference and shall be entered with the following modifications:

1. Paragraph 6, regarding the need for Qualified Recipients to sign Exhibit A to the Protective Order SHALL NOT apply to the Court or its personnel;

2. Paragraph 7, regarding the filing of documents produced pursuant to this Protective Order, the parties shall abide by the Court's policies and procedures relating to the electronic filing of sealed documents pursuant to LR 5.6(d);

3. Paragraph 10, regarding the parties' ability to seek a ruling from the Court as to the confidential designation of a document, the parties are to comply with LR 37.1 before the filing of a motion contesting the confidential designation of a document with the Court;

4. Paragraph 14, regarding the return and/or destruction of subject documents after the conclusion of litigation SHALL NOT apply to the Court, its records or court personnel; and

5. The Court MAY modify the order upon prior notice and adequate cause. In the event of a challenge, the parties' restricted designations are preliminary and NOT a judicial determination that any particular item is, in fact, protected from disclosure.

Signed December 6, 2023.

Signed By:
*Edward B. Atkins* EBA
United States Magistrate Judge