## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## ASHLAND

| | |
|---|---|
| HENSYN RESOURCES, LLC, | |
| *Plaintiff/Counter-Defendant* | |
| v. | Case no. 0:22-cv-00085-EBA |
| HORIZON MINING, LLC | |
| *Defendant/Counter-Claimant* | ***Electronically Filed*** |
| v. | |
| CODY STURGILL, | |
| *Counter-Defendant* | |

* * * * * * * * * *

### HENSYN RESOURCES, LLC AND CODY STURGILL'S NOTICE OF SERVICE OF INITIAL DISCLOSURES

Please take notice that Plaintiff/Counter-Defendant, Hensyn Resources, LLC and Counter-Defendant, Cody Sturgill, by and through counsel, have served its Initial Disclosures upon Defendant/Counter-Claimant, Horizon Mining, LLC's counsel or record, via electronic mail.

Respectfully submitted,
WILHOIT LAW OFFICE, PLLC

____/s/ William H. Wilhoit_____
WILLIAM H. WILHOIT
P.O. Box 35
Grayson, Kentucky 41143
(606) 474-8833
*Attorney for Hensyn Resources, LLC and Cody Sturgill*

1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was served on the following counsel of record via the Court's electronic filing system on this 15th day of December 2023.

| | |
|---|---|
| Hon. Daniel E. Danford<br>Stites & Harbison PLLC<br>250 W Main St., Ste 2300<br>Lexington, KY 40507 | Hon. John L. Tate<br>Frederick R. Bentley<br>Stites & Harbison PLLC<br>400 W Market St, Ste 1800<br>Louisville, KY 40202 |

WILHOIT LAW OFFICE, PLLC

____/s/ *William H. Wilhoit*_____
WILLIAM H. WILHOIT