# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# ASHLAND

| | |
|---|---|
| HENSYN RESOURCES, LLC, | |
| *Plaintiff/Counter-Defendant* | |
| v. | Case no. 0:22-cv-00085-EBA |
| HORIZON MINING, LLC | |
| *Defendant/Counter-Claimant* | ***Electronically Filed*** |
| v. | |
| CODY STURGILL, | |
| *Counter-Defendant* | |

\* \* \* \* \* \* \* \* \* \*

---

### HENSYN RESOURCES, LLC AND CODY STURGILL'S NOTICE OF SERVICE OF INITIAL DISCLOSURES

---

Please take notice that Plaintiff/Counter-Defendant, Hensyn Resources, LLC and Counter-Defendant, Cody Sturgill, by and through counsel, have served an initial set of Interrogatories, Request for Production of Documents and Request for Admissions upon Defendant/Counter-Claimant, Horizon Mining, LLC's counsel or record, via electronic mail.

        Respectfully submitted,
        WILHOIT LAW OFFICE, PLLC


        */s/ William H. Wilhoit*
        WILLIAM H. WILHOIT
        P.O. Box 35
        Grayson, Kentucky 41143
        (606) 474-8833
        *Attorney for Hensyn Resources, LLC and Cody Sturgill*

1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was served on the following counsel of record via the Court's electronic filing system on this 15th day of December 2023.

Hon. Daniel E. Danford
Stites & Harbison PLLC
250 W Main St., Ste 2300
Lexington, KY 40507

Hon. John L. Tate
Frederick R. Bentley
Stites & Harbison PLLC
400 W Market St, Ste 1800
Louisville, KY 40202

WILHOIT LAW OFFICE, PLLC

____/s/ William H. Wilhoit_____
WILLIAM H. WILHOIT