# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT ASHLAND

HENSYN RESOURCES, LLC,

    Plaintiff/Counterclaim-Defendant,

v.

HORIZON MINING, LLC,

    Defendant/Counterclaim-Plaintiff.

v.

CODY STURGILL,

    Counterclaim-Defendant.

Case No. 0:22-cv-00085-DLB-EBA

*Electronically Filed*

## HORIZON MINING, LLC's NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendant/Counterclaimant Horizon Mining, LLC ("Horizon") gives notice that it has served on Plaintiff/Counterclaim-Defendant Hensyn Resources, LLC and Counterclaim-Defendant Cody Sturgill its Initial Disclosures in accordance with Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure.

Respectfully submitted on December 15, 2023.

                                    */s/ Daniel E. Danford*
                                    Daniel E. Danford
                                    Kyle A. Schroader
                                    **STITES & HARBISON PLLC**
                                    250 West Main Street, Suite 2300
                                    Lexington, Kentucky 40507-1758
                                    Telephone: (859) 226-2300
                                    Email: ddanford@stites.com
                                    Email: kschroader@stites.com

John L. Tate
Frederick R. Bentley
**STITES & HARBISON PLLC**
400 West Market Street, Suite 1800
Louisville, KY 40202
Telephone: (502) 587-3400
Email: jtate@stites.com
Email: rbentley@stites.com

*Counsel for Horizon Mining, LLC*

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Notice was served on the following counsel of record via the Court's electronic filing system on this 15th day of December, 2023.

William H. Wilhoit
WILHOIT LAW OFFICE
P.O. Box. 35
Grayson, KY 41143
*Counsel for Plaintiff*

                                              /s/ Daniel E. Danford
                                              Daniel E. Danford