UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CIVIL ACTION NO. 22-85-DLB-EBA**

**HENSYN RESOURCES LLC**                                           **PLAINTIFF**

**v.**                  <u>**SCHEDULING ORDER**</u>

**HORIZON MINING LLC**                                          **DEFENDANT**

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and having reviewed the Joint Report of the Parties' Rule 26(f) Planning Meeting (Doc. # 22), the Court hereby enters the following Scheduling Order to facilitate the disposition of this case:

**(A) DEADLINES AND CASE SCHEDULE**

(1) <u>Rule 26(a)(1) Initial Disclosures</u> – **on or before February 20, 2024**
*These disclosures should not be filed in the Court record.*

(2) <u>Motion to Join Parties/Amend Pleadings</u> – **on or before March 20, 2024**

(3) <u>Rule 26(a)(2) Expert Witness Disclosures</u>
Deadline for Plaintiff – **on or before July 19, 2024**
Deadline for Defendant – **on or before September 15, 2024**
*These reports should not be filed in the Court record.*

(4) <u>Fact Discovery</u> – **on or before September 15, 2024**

(5) <u>Expert Discovery</u> – **on or before November 15, 2024**

(6) <u>Status Report</u> – **on or before November 15, 2024**
*The report should indicate the progress of the case and the status of settlement negotiations, the likelihood of settlement, and the feasibility of alternative dispute resolution, including the parties' views on the method of resolution (i.e., mediation, arbitration, settlement conference with the Court, summary jury trial, etc.).*

1

(7) <u>Dispositive or *Daubert* Motions</u> – **on or before January 15, 2025**

(8) <u>Copies of Memoranda</u> – A courtesy copy of briefs and memoranda in support of motions must be provided **to Chambers** within 48 hours of electronic filing; said courtesy copy should be in paper form or emailed to Judge Bunning's Chambers in electronic format (using Microsoft Word) at bunning_chambers@kyed.uscourts.gov.

This 8th day of February 2024.



Signed By:
<u>David L. Bunning</u>
**United States District Judge**

L:\DATA\ORDERS\Ashland Civil\2022\22-85 Scheduling Order Fact Expert.docx

2