# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# ASHLAND

| | |
|---|---|
| HENSYN RESOURCES, LLC, | |
| *Plaintiff/Counter-Defendant* | |
| v. | Case no. 0:22-cv-00085-EBA |
| HORIZON MINING, LLC | |
| *Defendant/Counter-Claimant* | ***Electronically Filed*** |
| v. | |
| CODY STURGILL, | |
| *Counter-Defendant* | |

\* \* \* \* \* \* \* \* \*

### HENSYN RESOURCES, LLC AND CODY STURGILL'S NOTICE OF SERVICE OF SUPPLEMENTAL RESPONSES TO DEFENDANT/COUNTER-CLAIMANT'S FIRST SET OF DISCOVERY

Please take notice that Plaintiff/Counter-Defendant, Hensyn Resources, LLC and Counter-Defendant, Cody Sturgill, by and through counsel, have served their Supplemental Responses to Defendant/Counter-Claimant, Horizon Mining, LLC's first set of Interrogatories, Request for Production of Documents and Request for Admissions upon Defendant/Counter-Claimant, Horizon Mining, LLC's counsel or record, via electronic mail on this the 7th day of June, 2024.

Respectfully submitted,
WILHOIT LAW OFFICE, PLLC

*/s/ William H. Wilhoit*
WILLIAM H. WILHOIT

1

P.O. Box 35
Grayson, Kentucky 41143
(606) 474-8833
*Attorney for Hensyn Resources, LLC and Cody Sturgill*

### CERTIFICATE OF SERVICE

This is to certify that the foregoing was served on the following counsel of record via the Court's electronic filing system on this 7th day of June, 2024.

| | |
|---|---|
| Hon. Daniel E. Danford | Hon. John L. Tate |
| Stites & Harbison PLLC | Frederick R. Bentley |
| 250 W Main St., Ste 2300 | Stites & Harbison PLLC |
| Lexington, KY 40507 | 400 W Market St, Ste 1800 |
| | Louisville, KY 40202 |

WILHOIT LAW OFFICE, PLLC

____*/s/ William H. Wilhoit*_____
WILLIAM H. WILHOIT