## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| HENSYN RESOURCES, LLC, | |
| Plaintiff/Counterclaim-Defendant, | |
| v. | |
| HORIZON MINING, LLC, | Case No. 0:22-cv-00085-DLB-EBA |
| Defendant/Counterclaim-Plaintiff. | |
| v. | |
| CODY STURGILL, | |
| Counterclaim-Defendant. | |

### HORIZON MINING, LLC's NOTICE OF SERVICE

Defendant/Counterclaimant Horizon Mining, LLC ("Horizon") gives notice that it served Supplemental Answers to Plaintiff's Written Discovery on June 7, 2024.

Dated this 10th day of June, 2024.

/s/ Daniel E. Danford
Daniel E. Danford
Frederick R. Bentley
**STITES & HARBISON PLLC**
250 West Main Street, Suite 2300
Lexington, Kentucky 40507-1758
Telephone: (859) 226-2300
Email: ddanford@stites.com
Email: rbentley@stites.com

*Counsel for Horizon Mining, LLC*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the foregoing responses were served on the following counsel of record by email on this 10th day of June, 2024.

william@wilhoitlaw.com

William H. Wilhoit
WILHOIT LAW OFFICE
P.O. Box. 35
Grayson, KY 41143
*Counsel for Plaintiff*

*/s/ Daniel E. Danford*
Daniel E. Danford
*Counsel for Horizon Mining, LLC*