# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# ASHLAND

| | |
|---|---|
| HENSYN RESOURCES, LLC, | |
| *Plaintiff/Counter-Defendant* | |
| v. | Case no. 0:22-cv-00085-EBA |
| HORIZON MINING, LLC | |
| *Defendant/Counter-Claimant* | ***Electronically Filed*** |
| v. | |
| CODY STURGILL, | |
| *Counter-Defendant* | |

\* \* \* \* \* \* \* \* \* \*

### HENSYN RESOURCES, LLC AND CODY STURGILL'S NOTICE OF SERVICE OF NOTICE TO DEPOSE RODNEY HITCH

Please take notice that Plaintiff/Counter-Defendant, Hensyn Resources, LLC and Counter-Defendant, Cody Sturgill, by and through counsel, have served upon the parties a Notice to Depose Rodney Hitch. Said notice was served via electronic mail on this the 18th day of July, 2024.

Respectfully submitted,
WILHOIT LAW OFFICE, PLLC

*/s/ William H. Wilhoit*
WILLIAM H. WILHOIT
P.O. Box 35
Grayson, Kentucky 41143
(606) 474-8833
*Attorney for Hensyn Resources, LLC and Cody Sturgill*

1

**CERTIFICATE OF SERVICE**

      This is to certify that the foregoing was served on the following counsel of record via the Court's electronic filing system on this 18th day of July, 2024.

| | |
|---|---|
| Hon. Daniel E. Danford | Hon. John L. Tate |
| Stites & Harbison PLLC | Frederick R. Bentley |
| 250 W Main St., Ste 2300 | Stites & Harbison PLLC |
| Lexington, KY  40507 | 400 W Market St, Ste 1800 |
| | Louisville, KY  40202 |

WILHOIT LAW OFFICE, PLLC

    */s/ William H. Wilhoit*
WILLIAM H. WILHOIT