# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| HENSYN RESOURCES, LLC, | |
| Plaintiff, | |
| v. | Case No. 0:22-cv-00085-DLB-EBA |
| HORIZON MINING, LLC, | *Electronically Filed* |
| Defendant. | |

**ORDER GRANTING MOTION FOR COURT-ORDERED MEDIATION**

The Court having considered the motion of Defendant Horizon Mining, LLC ("Horizon") for an order setting this case for mediation before the Magistrate Judge, and being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that Horizon's motion is granted.