IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

HENSYN RESOURCES, LLC,

    Plaintiff,

    v.

HORIZON MINING, LLC,

    Defendant.

Case No. 0:22-cv-00085-DLB-EBA

*Electronically Filed*

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

The Court having considered the motion of Defendant Horizon Mining, LLC ("Horizon") for summary judgment on Plaintiffs/Counterclaim-Defendant Hensyn Resources' claims against it, and being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that Horizon's motion is granted.  IT IS FURTHER ORDERED that Hensyn's claims against Horizon are dismissed pursuant to Fed. R. Civ. P. 56.