# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| HENSYN RESOURCES, LLC, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> HORIZON MINING, LLC, <br><br> Defendant/Counterclaim-Plaintiff. <br><br> v. <br><br> CODY STURGILL, <br><br> Counterclaim-Defendant. | Case No. 0:22-cv-00085-DLB-EBA <br><br> *Electronically Filed* |

## HORIZON MINING, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO HORIZON'S MOTION FOR SUMMARY JUDGMENT

Defendant/Counterclaimant Horizon Mining, LLC ("Horizon"), pursuant to Local Rule 5.6(d), as well as the Court's December 6, 2023 Order (DN 24) granting with modifications the parties' proposed Agreed Protective Order (DN 23), hereby moves for leave to file under seal two exhibits to Horizon's motion for summary judgment. Exhibit C includes a set of invoices from Grayson Rural Electric Cooperative Corporation, which reveals Horizon's energy usage and costs incurred for that energy usage on a monthly basis, which constitutes CONFIDENTIAL INFORMATION as that term is defined in the Agreed Protective Order. (*See* DN 23, p. 2.) Similarly, Exhibit D is an email containing strategic considerations suggested between the parties related to Horizon's bitcoin mining operation in Kentucky, which also includes references to Horizon's specific pricing targets for energy costs and strategic proposals for negotiating a reduction in those energy costs with the energy provider. Accordingly, Exhibit D is also

commercially sensitive information that renders it CONFIDENTIAL INFORMATION pursuant to the Agreed Protective Order.  Both exhibits were appropriately marked confidential pursuant to the parties' Agreed Protective Order at the time of production.

Accordingly, and for the reasons discussed herein, Horizon respectfully requests leave to file Exhibits C and D to its motion for summary judgment under seal.

Respectfully Submitted,

*/s/ Frederick R. Bentley III*
Daniel E. Danford
Frederick R. Bentley III
**STITES & HARBISON PLLC**
250 West Main Street, Suite 2300
Lexington, Kentucky 40507-1758
Telephone: (859) 226-2300
Email: ddanford@stites.com
Email: rbentley@stites.com

*Counsel for Horizon Mining, LLC*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed with the Court's ECF system and served on the following counsel of record by email on this 6th day of August, 2024.

william@wilhoitlaw.com

William H. Wilhoit
WILHOIT LAW OFFICE
P.O. Box. 35
Grayson, KY 41143
*Counsel for Plaintiff*

*/s/ Frederick R. Bentley III*

                                          Frederick R. Bentley III
                                          *Counsel for Horizon Mining, LLC*