**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT ASHLAND**

HENSYN RESOURCES, LLC,

       Plaintiff,

    v.

HORIZON MINING, LLC,

       Defendant.

Case No. 0:22-cv-00085-DLB-EBA

*Electronically Filed*

**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**

The Court having considered the motion of Defendant Horizon Mining, LLC ("Horizon") for leave to file under seal exhibits to its motion for summary judgment, and being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that Horizon's motion is granted.