## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## ASHLAND

| | |
|---|---|
| HENSYN RESOURCES, LLC, | |
| *Plaintiff/Counter-Defendant* | |
| v. | Case no. 0:22-cv-00085-EBA |
| HORIZON MINING, LLC | |
| *Defendant/Counter-Claimant* | *Electronically Filed* |
| v. | |
| CODY STURGILL, | |
| *Counter-Defendant* | |

\* \* \* \* \* \* \* \* \* \*

### HENSYN RESOURCES, LLC AND CODY STURGILL'S NOTICE OF SERVICE OF NOTICES OF CANCELLATION

Please take notice that Plaintiff/Counter-Defendant, Hensyn Resources, LLC and Counter-Defendant, Cody Sturgill, by and through counsel, have served upon the parties Notices of Cancellation regarding the depositions of Rodney Hitch and Christina Wang. Said notices were served via electronic mail on this the 14th day of August, 2024 to all counsel of record.

                Respectfully submitted,
                WILHOIT LAW OFFICE, PLLC

                 */s/ William H. Wilhoit*
                WILLIAM H. WILHOIT
                P.O. Box 35
                Grayson, Kentucky 41143
                (606) 474-8833
                *Attorney for Hensyn Resources, LLC and Cody Sturgill*

**CERTIFICATE OF SERVICE**

 This is to certify that the foregoing was served on the following counsel of record via the Court's electronic filing system on this 14th day of August, 2024.

| | |
|---|---|
| Hon. Daniel E. Danford | Hon. John L. Tate |
| Stites & Harbison PLLC | Frederick R. Bentley |
| 250 W Main St., Ste 2300 | Stites & Harbison PLLC |
| Lexington, KY  40507 | 400 W Market St, Ste 1800 |
| | Louisville, KY  40202 |

    WILHOIT LAW OFFICE, PLLC

     */s/ William H. Wilhoit*
    WILLIAM H. WILHOIT