Exhibits 1-20

To be filed under seal, pending motion