UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

| | |
|---|---|
| HENSYN RESOURCES, LLC, | |
| *Plaintiff/Counter-Defendant* | |
| v. | Case no. 0:22-cv-00085-EBA |
| HORIZON MINING, LLC | |
| *Defendant/Counter-Claimant* | *Electronically Filed* |
| v. | |
| CODY STURGILL, | |
| *Counter-Defendant* | |

* * * * * * * * * *

### HENSYN RESOURCES, LLC AND CODY STURGILL'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO RESPONSE TO HORIZON'S MOTION FOR SUMMARY JUDGMENT

Plaintiff/Counter-Defendant, Hensyn Resources, LLC and Counter-Defendant, Cody Sturgill, by and through counsel and pursuant to Local Rule 5.6(d), as well as the Court's December 6, 2023 Order (DN 24) granting with modifications the parties' proposed Agreed Protective Order (DN 23), hereby moves for leave to file under seal certain exhibits to the response to Hensyn's Motion for Summary Judgment. These exhibits have been marked confidential by Horizon Mining necessitating this motion. There are a total of twenty (20) exhibits, of which all are confidential.

Accordingly, and for the reasons discussed herein, Hensyn Resources, LLC and Cody Sturgill respectfully requests leave to file Exhibits 1-20 to its Motion for Cross Summary Judgment under seal.

1

Respectfully submitted,
WILHOIT LAW OFFICE, PLLC


____/s/ William H. Wilhoit_____
WILLIAM H. WILHOIT
P.O. Box 35
Grayson, Kentucky 41143
(606) 474-8833
*Attorney for Hensyn Resources, LLC and Cody Sturgill*


### CERTIFICATE OF SERVICE

This is to certify that the foregoing was served on the following counsel of record via the Court's electronic filing system on this 27th day of August, 2024.

| | |
|---|---|
| Hon. Daniel E. Danford | Hon. John L. Tate |
| Stites & Harbison PLLC | Frederick R. Bentley |
| 250 W Main St., Ste 2300 | Stites & Harbison PLLC |
| Lexington, KY  40507 | 400 W Market St, Ste 1800 |
| | Louisville, KY  40202 |

WILHOIT LAW OFFICE, PLLC

____/s/ William H. Wilhoit_____
WILLIAM H. WILHOIT