UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:22-CV-00085-DLB-EBA

HENSYN RESOURCES, LLC,                                    PLAINTIFF,

V.                            **ORDER**

HORIZON MINING, LLC,                                     DEFENDANT.

*** *** *** ***

This matter is before the Court on Plaintiff Hensyn Resources, LLC's Motion for Leave to File Under Seal Exhibits to Response to Horizon's Motion for Summary Judgment. [R. 40]. Hensyn seeks to file under seal Exhibits 1-20 to its Response to Horizon's motion for summary judgment. [R. 39; R. 40]. Accordingly,

IT IS ORDERED that Plaintiff Hensyn Resources, LLC's Motion for Leave to File Under Seal Exhibits to Response to Horizon's Motion for Summary Judgment [R. 40] is GRANTED. Hensyn shall be permitted to file Exhibits 1-20 to its Response to Horizon Motion for Summary Judgment [R. 39] under seal.

Signed August 28, 2024.



Signed By:
Edward B. Atkins   *EBA*
United States Magistrate Judge