UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:22-CV-00085-DLB-EBA

HENSYN RESOURCES, LLC,     PLAINTIFF,

V.     **ORDER**

HORIZON MINING, LLC,     DEFENDANT.

*** *** *** ***

This matter is before the Court on Defendant Horizon Mining, LLC's Motion for Court-Ordered Mediation. [R. 33]. Horizon requests the Court to enter an order setting this matter for mediation before the undersigned due to the impending loss of its sole customer, which may affect the damages that are recoverable in this matter. [*Id.*]. However, the motion does not indicate that the parties agree that mediation is requested at this time nor has a response to that effect been filed. [*See id.*]. Accordingly,

IT IS ORDERED that Defendant Horizon Mining, LLC's Motion for Court-Ordered Mediation [R. 33] is DENIED.

Signed August 28, 2024.

