# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT ASHLAND

HENSYN RESOURCES, LLC,

                Plaintiff/Counterclaim-Defendant,

   v.

HORIZON MINING, LLC,

                Defendant/Counterclaim-Plaintiff.

   v.

CODY STURGILL,

                Counterclaim-Defendant.

Case No. 0:22-cv-00085-DLB-EBA

***Electronically Filed***

## JOINT MOTION TO CONTINUE LITIGATION DEADLINES UNTIL RESOLUTION OF MEDIATION WITH THE MAGISTRATE JUDGE

Defendant/Counterclaimant Horizon Mining, LLC ("Horizon") has filed a Motion for Summary Judgment (DN 34), that is currently in the briefing process. Plaintiff/Counterclaim-Defendant, Hensyn Resources, LLC ("Hensyn") may file its own summary judgment motion, which will need to be fully briefed.  Due to the change in circumstances set forth in Horizon's Motion for Court-Ordered Mediation, the parties wish to fully brief the foregoing motions and then conduct a mediation before the Magistrate Judge.[1]  In the meantime, the parties wish to stay the discovery deadlines, but still leave open the possibility of discovery moving forward if desired.

---

[1] Horizon also filed a Motion for Court-Ordered Mediation (DN33) which was denied.  (DN 43). The motion as filed was not completely agreeable to Hensyn; however, the parties have come to an agreement and are submitting this Joint Motion in order to give the parties the opportunity to resolve the matter before going to the expense of completing remaining discovery as deadlines are approaching.

Accordingly, the parties have jointly agreed—subject to the Court's approval—to stay the discovery deadlines pending resolution of mediation with the Magistrate Judge, with suspension of the current deadlines (beginning with the September 15, 2024 deadline for completion of fact discovery and for Horizon to disclose its expert witnesses) in the meantime. Should the mediation fail, the parties will work in good faith to prepare a joint report with proposed adjusted deadlines through trial.

On August 19, 2024, the parties conferred via teleconference regarding the status of discovery in this matter, as well as the swiftly approaching September 15, 2024 discovery deadline in this case set forth by the Court's February 8, 2024 scheduling order in this matter (DN 28). The parties have not completed discovery in this case. So, if the mediation is unsuccessful, the parties will need additional time after the currently scheduled September 15, 2024 deadlines in order to complete discovery and prepare this case for trial. Additionally, Hensyn is agreeable to mediating this matter before the Magistrate Judge. Finally, the parties are cognizant of the fact that the Court may not resolve Horizon's motion for summary judgment prior to the currently scheduled fact discovery deadline.

Thus, in the interests of efficiency, and for the reasons stated above, the parties jointly request that the Court suspend the current scheduling order pending mediation with the Magistrate Judge so the parties will have an opportunity to resolve the claims in this matter. A jointly submitted agreed order is attached.

Respectfully submitted this 28th day of August, 2024.

Jointly Submitted,

/s/ Frederick R. Bentley III
Daniel E. Danford
Frederick R. Bentley III
**STITES & HARBISON PLLC**
250 West Main Street, Suite 2300
Lexington, Kentucky 40507-1758
Telephone: (859) 226-2300
Email: ddanford@stites.com
Email: rbentley@stites.com

*Counsel for Horizon Mining, LLC*

/s/ William H. Wilhoit (with permission)
William H. Wilhoit
WILHOIT LAW OFFICE
P.O. Box 35
Grayson, KY 41143
Email:  William@Wilhoitlaw.com

*Counsel for Hensyn Resources, LLC and Cody Sturgill*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed with the Court's ECF system and served on the following counsel of record by email on this 28th day of August, 2024.

william@wilhoitlaw.com

William H. Wilhoit
WILHOIT LAW OFFICE
P.O. Box 35
Grayson, KY 41143
*Counsel for Plaintiff*

/s/ Frederick R. Bentley III
Frederick R. Bentley III
*Counsel for Horizon Mining, LLC*