# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| HENSYN RESOURCES, LLC, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> HORIZON MINING, LLC, <br><br> Defendant/Counterclaim-Plaintiff. <br> v. <br><br> CODY STURGILL, <br><br> Counterclaim-Defendant. | Case No. 0:22-cv-00085-DLB-EBA <br><br> *Electronically Filed* |

## AGREED ORDER CONTINUING LITIGATION DEADLINES UNTIL RESOLUTION OF MEDIATION WITH MAGISTRATE JUDGE

The Court having considered the parties' Joint Motion to Continue Litigation Deadlines Until Resolution of Mediation with the Magistrate Judge, and being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that the joint motion is GRANTED.

1. The currently scheduled litigation deadlines are hereby SUSPENDED pending mediation with the Magistrate Judge, save that the parties are allowed to brief pending motions and then mediate the case with the Magistrate Judge.

2. Should the mediation prove unsuccessful, the parties shall make a good faith effort to submit a joint report with adjusted deadlines for the Court's consideration, starting with the deadlines for fact discovery and Horizon's expert disclosures.

So ordered on this \_\_\_\_ day of _____, 2024.

                                                        _____
                                                        JUDGE, UNITED STATES DISTRICT COURT

SEEN AND AGREED TO BY:

    */s/ William Wilhoit* (with permission)
    William Wilhoit
    WILHOIT LAW OFFICE, PLLC
    103 South Hord Street
    Grayson, KY  41143

    *Counsel for Plaintiff-Counter Defendant, Hensyn Resources, LLC & Cody Sturgill*


    */s/ Daniel Danford*
    Daniel E. Danford
    STITES & HARBISON, PLLC
    250 W Main Street, Ste. 2300
    Lexington, KY  40507

    *Counsel for Defendant/Counter-Claimant, Horizon Mining, LLC*