UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:22-CV-00085-DLB-EBA

HENSYN RESOURCES, LLC,                                              PLAINTIFF,

V.                                            **ORDER**

HORIZON MINING, LLC,                                              DEFENDANT.

*** *** *** ***

This matter is before the Court on the parties' Joint Motion to Continue Litigation Deadlines until Resolution of Mediation with the Magistrate Judge. [R. 44]. The parties seek to stay the pending deadlines in this case pending the resolution of a settlement conference with the undersigned. [*Id.*]. Accordingly,

IT IS ORDERED that this matter shall come before the Court for a telephonic conference call to appear ON THE RECORD, originating from FRANKFORT, on **September 5, 2024, at 1:00 P.M.** Counsel shall access the conference by calling Microsoft Teams Audioconferencing at 606-371-5577 and entering the Phone Conference ID: 983 256 298 (followed by #).

Signed August 29, 2024.



Signed By:
Edward B. Atkins
United States Magistrate Judge