UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CIVIL MINUTES – GENERAL

Case No. 0:22-cv-85-DLB-EBA    At Lexington    Date September 5, 2024

Style: **Hensyn Resources, LLC v Horizon Mining, LLC**

PRESENT: HON. EDWARD B. ATKINS, UNITED STATES MAGISTRATE JUDGE

| Kimberly Marsh | Audio File |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorneys Present for Plaintiff & Counter Defendants:**
William H. Wilhoit

**Attorneys Present for Defendant & Counter Claimant:**
Daniel E. Danford

I, Kimberly Marsh, Deputy Clerk, CERTIFY the official record of this proceeding is audio file KYED-LEX__0-22-cv-85-DLB-EBA_20240905_123037.

PROCEEDINGS:    **TELEPHONIC CONFERENCE**

This matter was called for a telephonic conference regarding the parties' Joint Motion to Continue Litigation Deadlines and for Mediation (DE #44). The Court heard statements of counsel regarding staying deadlines and setting the matter for a settlement conference. Counsel for Plaintiff indicated their intent to file a motion for summary judgment. The Court, being sufficiently advised,

**ORDERS AS FOLLOWS**:

1. The Parties' Joint Motion to Continue litigation deadlines until resolution of mediation with the Magistrate Judge (DE #44) is **GRANTED**, in part. All deadlines in the case shall be STAYED except for the deadlines under Local Rule 7.1 for responding and replying to dispositive motions.

2. This matter is set for a **Telephonic Conference** on Monday, October 14, 2024 at 10:00 a.m. in Frankfort for the purpose of scheduling a settlement conference in the case following briefing any dispositive motions.

Dated: September 5, 2024.



Signed By:
_Edward B. Atkins_
United States Magistrate Judge

Copies: COR,Frankfort Clerk
Initials of Deputy Clerk  km
TIC: /9