UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:22-CV-00085-DLB-EBA

HENSYN RESOURCES, LLC,                                    PLAINTIFF,

V.                                         **ORDER**

HORIZON MINING, LLC,                                     DEFENDANT.

*** *** *** ***

      By prior order, a telephonic conference was conducted in this matter, during which the parties' joint motion to stay the pending deadlines in this case was granted and it was determined that another telephonic conference would be conducted before the undersigned to schedule a settlement conference. [R. 45; R. 46]. While it was agreed that the subsequent telephonic conference would take place on October 14, 2024 [R. 46], the Court will be closed on that day due to a federal holiday. Accordingly,

      IT IS ORDERED that this matter shall come before the Court for a telephonic conference call to appear ON THE RECORD, originating from FRANKFORT, on **October 15, 2024, at 10:00 A.M.** Counsel shall access the conference by calling Microsoft Teams Audioconferencing at 606-371-5577 and entering the Phone Conference ID: 648 952 80 (followed by #).

      Signed September 6, 2024.

