UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

| | |
|---|---|
| HENSYN RESOURCES, LLC, | |
| *Plaintiff/Counter-Defendant* | Case no. 0:22-cv-00085-EBA |
| v. | |
| HORIZON MINING, LLC | |
| *Defendant/Counter-Claimant* | **Electronically Filed** |
| v. | |
| CODY STURGILL, | |
| *Counter-Defendant* | |

\* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SCOTT DRAKE

COMES NOW SCOTT DRAKE, after first being duly sworn states as follows:

1. That I, Scott Drake, am the Director of Business and Technical Services for East Kentucky Power Cooperative ("EKPC"), and I oversee EKPC's negotiation of Industrial Power Agreements ("IPA") involving EKPC and our sixteen (16) owner-member distribution cooperatives that we serve.

2. I was involved in the discussions with Horizon Mining to obtain electricity from EKPC and Grayson Rural Electric Cooperative Corporation ("GRECC"), and I have personal knowledge about those discussions and the contents of this affidavit.

3. On behalf of EKPC, I met with Horizon Mining, LLC ("Horizon") to discuss available electric rates and rate structures. This also involved answering questions about these and related topics. However, because the rates are set by the Kentucky Public Service Commission (PSC), there are minimal negotiations in these types of meetings. The discussions typically center

around which type of rate works the best for the business and optimally setting the demand charge, etc. To the best of my recollection, that was the case in the meetings with Horizon. Mr. Cody Sturgill was present for these meetings and participated in the discussions.

4. The rate structure of the IPA, which includes the tariffed rates, the Fuel Adjustment Clause and the Environmental Surcharge, was directly discussed with representatives of Horizon. To the best of my knowledge, all Horizon's questions were answered.

5. In entering into an IPA, there are several components that go into the rate structure. First, the base electric rate is a per kWh consumed rate. It is a set amount per kWh charge and the price varies only when changing to a different tariffed rate. Second, the demand charge is a set amount charged per kW based upon a customer's monthly peak load. Like the base electric rate, the demand charge will vary from one tariffed rate to another. Third, variable charges also apply and include a per kWh Fuel Adjustment Charge that changes each month based on actual fuel (generally coal and natural gas) costs incurred by EKPC. Fourth, the Environmental Surcharge is a percent of bill adder covering EKPC's actual cost of environmental control equipment, consumables and operations. Fifth, the Interruptible Rider provides a significant per kW credit for the customer and helps reduce the customer's bill in exchange for allowing the utility to curtail their service during periods of peak demand.

6. I do not specifically recall whether a flat fee for electric service was requested by Horizon, but, in my experience, almost all cryptocurrency businesses request a flat fee. Those types of rate arrangements are not offered in Kentucky, which generally requires rates for electric service to be cost-based to prevent unfair and unreasonable subsidization. As we do with all customers seeking to enter into an IPA, EKPC offered existing PSC approved rate tariffs to Horizon, and all other cryptocurrency businesses. As described above, the tariffs have variable components so different customers may have different rates based upon the characteristics of their usage and demand.

7. All IPAs must be filed with the PSC, who reviews them to assure that they are fair, just and reasonable. Horizon's IPA was no different. Also, because the Horizon IPA had the

interruptible feature, it required additional PSC review under authority governing the PSC's authorization for EKPC to participate in the PJM markets.

8. There are currently nine (9) IPAs that EKPC has entered into with cryptocurrency customers, including Horizon's IPA. All of those IPA have been reviewed and approved by the PSC. None of them includes a flat rate for electric service.

9. The Horizon IPA was tendered to the PSC for review on October 22, 2021 and approved on November 16, 2021 for service effective November 22, 2021. It was amended one time, based upon Horizon's request to adjust its contract demand and Firm Load as an interruptible service customer. EKPC and Grayson RECC agreed to this request and, accordingly, the IPA amendment was tendered to the PSC on March 31, 2022 and approved on April 25, 2022 for service effective May 1, 2022.

IN TESTIMONY WHEREOF, I, Scott Drake, hereunto subscribe my name this 29th day of August, 2024.

_____
Scott Drake

COUNTY OF CARTER
STATE OF KENTUCKY

Subscribed, acknowledged and sworn to before me by Scott Drake this 29th day of August, 2024.

My commission ID: KYNP38003   expires: Nov 30, 2025.

_____
Notary Public

GWYN M. WILLOUGHBY
Notary Public
Commonwealth of Kentucky
Commission Number KYNP38003
My Commission Expires Nov 30, 2025