# Exhibit 1

Georgia Corporations Division

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

**HOME**

Business Search

### Business Information

| | |
|---|---|
| Business Name: | **Horizon Mining Ltd** |
| Business Type: | **Domestic Profit Corporation** |
| NAICS Code: | **Unknown** |
| Principal Office Address: | **2600 weaver rd, macon, GA, 31217, USA** |
| State of Formation: | **Georgia** |
| Control Number: | **22021535** |
| Business Status: | **Active/Compliance** |
| NAICS Sub Code: | |
| Date of Formation / Registration Date: | **1/24/2022** |
| Last Annual Registration Year: | **2024** |

### Registered Agent Information

| | |
|---|---|
| Registered Agent Name: | **Christina Wang** |
| Physical Address: | **2600 Weaver Rd., Macon, GA, 31217, USA** |
| County: | **Bibb** |

### Officer Information

| Name | Title | Business Address |
|---|---|---|
| CHRISTINA WANG | CEO | 2600 weaver rd, macon, GA, 31217, USA |
| CHRISTINA WANG | CFO | 2600 weaver rd, macon, GA, 31217, USA |
| CHRISTINA WANG | Secretary | 2600 weaver rd, macon, GA, 31217, USA |

[ Back ]    [ Filing History ] [ Name History ] [ Return to Business Search ]