UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:22-CV-00085-DLB-EBA

HENSYN RESOURCES, LLC,                                                                                    PLAINTIFF,

V.                                                            **ORDER**

HORIZON MINING, LLC, *et al.*,                                                                       DEFENDANTS.

*** *** *** ***

By prior order, Judge David L. Bunning authorized the undersigned to "conduct all pretrial and status conferences." [R. 3 at pg. 1]. Accordingly,

**IT IS ORDERED** that this matter shall be called for a **SETTLEMENT CONFERENCE** before the undersigned on **TUESDAY, NOVEMBER 12, 2024, at 10:00 A.M.**, to occur in the United States Courthouse at **ASHLAND**, Kentucky. The conference will be conducted in-person, and all participants must attend in-person.

**IT IS FURTHER ORDERED**:

(1) Counsel are directed to have their respective clients and/or representatives, fully authorized to negotiate and approve a settlement in this matter, present and available at all times during the conference.

(2) **By no later than CLOSE OF BUSINESS on NOVEMBER 5, 2024**, counsel shall submit to the undersigned separate, confidential statements which shall specify their respective settlement positions. Each statement is to be furnished only to Magistrate Judge Atkins and not to the other side. The statements shall **not** be filed with the Clerk of the Court or the presiding judge. Said statements shall be transmitted by email to (atkins_chambers@kyed.uscourts.gov);

(3) In their respective statements, counsel shall provide a candid assessment of the strengths and weaknesses of both sides, an appraisal of issues such as liability, and the anticipated economic cost of further preparation and litigation of this matter through trial;

(4) The Magistrate Judge requests that bona fide settlement negotiations commence as soon as practicable and be conducted as often as necessary prior to the settlement conference. **Compliance with this requirement will be satisfied only when, prior to the conference, the parties communicate regarding an offer to settle, and counter-offer.** The parties' communications in satisfaction of this requirement shall be described in their respective statements to the undersigned.

Signed October 16, 2024.

Signed By:
*Edward B. Atkins*   *EBA*
United States Magistrate Judge