UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CIVIL MINUTES – GENERAL

Case No. 0:22-cv-85-DLB-EBA   At Frankfort   Date October 15, 2024

Case Style: Hensyn Resources, LLC v. Horizon Mining, LLC

PRESENT:   HON. EDWARD B. ATKINS, U.S. MAGISTRATE JUDGE

| Jacob Jones | Audio Record |
|---|---|
| Deputy Clerk | Court Reporter |

I, Jacob Jones, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
KYED-FRK__0-22-cv-85-DLB-EBA_20241015_094542

**Attorney Present for Plaintiff:**　　　　　　**Attorneys Present for Defendants:**
William H. Wilhoit　　　　　　　　　　　　　Daniel E. Danford
　　　　　　　　　　　　　　　　　　　　　　Frederick R. Bentley, III

PROCEEDINGS:  **TELEPHONIC SCHEDULING CONFERENCE**

A telephone conference was held on this date with the counsel present as noted. Parties discussed their willingness to participate in settlement negotiations and potential dates. Based upon representation of counsel and the defendant, the Court hereby ORDERS as follows:

1. A **SETTLEMENT CONFERENCE** shall be set for **Tuesday November 12, 2024,** at **10:00 a.m.** in **Ashland** before Magistrate Judge Edward B. Atkins. Further, counsel is directed to have their respective clients and/or representatives, fully authorized to negotiate and approve a settlement in this matter.



Signed By:
*Edward B. Atkins* EBA
United States Magistrate Judge

Signed: October 15, 2024.

Copies: COR
Initials of Deputy Clerk  jj
TIC:  /6