UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:22-CV-00085-DLB-EBA

HENSYN RESOURCES, LLC,                                                PLAINTIFF,

V.                              **ORDER**

HORIZON MINING, LLC,                                                DEFENDANT.

*** *** *** ***

By prior order, a settlement conference for this matter was scheduled to occur on November 12, 2024, at 10:00 A.M. at the United States Courthouse in Ashland. [R. 52]. The parties have since contacted the undersigned to request that the settlement conference be rescheduled. Accordingly,

IT IS ORDERED that the settlement conference in this matter is RESCHEDULED to **November 14, 2024, at 10:00 A.M.** at the United States Courthouse in ASHLAND, Kentucky. All other mandates and directives set forth in the Court's October 16, 2024, Order [R. 52] shall remain in effect. Should the parties reach an agreement on this matter before the settlement conference, the parties are to file a notice with the Court so that the conference may be cancelled.

Signed October 23, 2024.



Signed By:
Edward B. Atkins   *EBA*
United States Magistrate Judge