UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CIVIL MINUTES-GENERAL

Case No.: 0:22-cv-85-DLB-EBA     At: ASHLAND, KY     Date: November 14, 2024

Style: **HENSYN RESOURCES, LLC v. HORIZON MINING, LLC**

DOCKET ENTRY:

PRESENT:   HON. EDWARD B. ATKINS, U.S. MAGISTRATE JUDGE

I, Kelly Smith, Deputy Clerk, CERTIFY that the official record of this proceeding is an audio file at: KYED-ASH__0-22-cv-85_20241114_095120

**FOR PLAINTIFFS:**
William H. Wilhoit

**FOR DEFENDANTS:**
Daniel E. Danford
Frederick R. Bentley, III

**PROCEEDINGS:**   SETTLEMENT CONFERENCE

This matter was called for settlement proceedings with counsel present as noted above and both parties being present as well.   The Court, having heard from the parties, and being sufficiently advised, IT IS ORDERED that the matter was recessed for further settlement negotiations.

Signed By:
*Edward B. Atkins*  EBA
United States Magistrate Judge

TIC:  /04