UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:22-CV-85-DLB

HENSYN RESOURCES, LLC,                                                                                    PLAINTIFF,

v.        MINUTE ENTRY FOLLOWING SETTLEMENT CONFERENCE

HORIZON MINING, LLC,                                                                                      DEFENDANT.

This matter was called before the undersigned for a settlement conference with the parties and represented by counsel. Despite their efforts, the parties were unable to resolve the matter.

Signed November 15, 2024.

**Signed By:**
*Edward B. Atkins*   *EBA*
**United States Magistrate Judge**

TIC/WP: 3:15