IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| HENSYN RESOURCES, LLC, | |
| Plaintiff, | |
| v. | Case No. 0:22-cv-00085-DLB-EBA |
| HORIZON MINING, LLC, | *Electronically Filed* |
| Defendant. | |

**ORDER MAINTAINING THE STAY OF DISCOVERY**

The Court having considered the motion of Defendant Horizon Mining, LLC ("Horizon") to continue the stay of discovery pending resolution of the parties' dueling motions for summary judgment and final resolution of the currently-recessed settlement conference with the Magistrate Judge, and being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that Horizon's motion is granted. Discovery is stayed in this matter until the Court rules on the parties' motions for summary judgment and the currently recessed settlement conference is resumed and brought to a final conclusion. (DN 34, 48).