# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| HENSYN RESOURCES, LLC, | |
| *Plaintiff* | |
| v. | Case no. 0:22-cv-00085-DLB-EBA |
| HORIZON MINING, LLC, | |
| *Defendant* | *Electronically Filed* |
| v. | |
| CODY STURGILL, | |

\* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE THE STAY OF DISCOVERY

**COMES NOW** THE PLAINTIFF, HENSYN RESOURCES, LLC (HENSYN), by and through counsel, and for its Response to Defendant's Motion to Continue the Stay of Discovery Pending Rulings on the Parties' Ripe Summary Judgment Motions, states that it does not object to the motion.

Respectfully submitted,
WILHOIT LAW OFFICE, PLLC

*/s/ William H. Wilhoit*
WILLIAM H. WILHOIT
P.O. Box 35
Grayson, Kentucky 41143
(606) 474-8833
*Attorney for Plaintiffs*

1

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court's ECF system and served on the following counsel of record by email on this 22nd day of November, 2024.

| | |
|---|---|
| Hon. Daniel E. Danford<br>Stites & Harbison PLLC<br>250 W Main St., Ste 2300<br>Lexington, KY  40507 | Hon. John L. Tate<br>Frederick R. Bentley<br>Stites & Harbison PLLC<br>400 W Market St, Ste 1800<br>Louisville, KY  40202 |

WILHOIT LAW OFFICE, PLLC

*/s/ William H. Wilhoit*
WILLIAM H. WILHOIT