UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:22-CV-00085-DLB-EBA

HENSYN RESOURCES, LLC,                                                                                    PLAINTIFF,

V.                                                          **ORDER**

HORIZON MINING, LLC,                                                                                       DEFENDANT.

*** *** *** ***

This matter is before the Court on Defendant Horizon Mining, LLC's Motion to Continue the Stay of Discovery Pending Rulings on the Parties' Ripe Summary Judgment Motions. [R. 57]. By prior order, the undersigned granted in part the parties' request to stay the deadlines in this case until the resolution of the settlement conference with the Court. [R. 46]. The parties and the undersigned then participated in a settlement conference on November 14, 2024, which has since been recessed for further settlement negotiations. [R. 55]. However, as Horizon points out in its motion, the parties' summary judgment motions [R. 34; R. 48] are still pending before the Court and the Court's ruling on these motions will likely guide the parties in their efforts to resolve this matter. [R. 57 at pg. 3]. Therefore, Horizon has requested that the undersigned maintain the stay in this matter until the Court rules on these dispositive motions. [*Id.*]. Plaintiff Hensyn Resources, LLC, has since filed a Response indicating it has no objections to the motion. [R. 58]. Accordingly,

IT IS ORDERED that Defendant Horizon Mining, LLC's Motion to Continue the Stay of Discovery Pending Rulings on the Parties' Ripe Summary Judgment Motions [R. 57] is GRANTED. Discovery and any pending deadlines in this matter are STAYED until the Court issues its rulings on the parties' pending motions for summary judgment. [R. 34; R. 48].

Signed November 25, 2024.

